Marvin C. Ruth (#024220)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue
Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 224-0999
Facsimile: (602) 224-6020
mruth@cblawyers.com

*Attorneys for Defendant*
*Cardinal Financial Company, LP*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>                    Plaintiff,<br><br>v.<br><br>Cardinal Financial Company, LP,<br><br>                    Defendant. | Case No.<br><br>**DEFENDANT CARDINAL FINANCIAL COMPANY, LP'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1441(c), AND 1446** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

**PLEASE TAKE NOTICE** that Defendant Cardinal Financial Company, LP ("Defendant") hereby removes the action described below from the Justice Court of Yuma County, to the United States District Court for the District of Arizona, pursuant to Sections 1331, 1441(c), and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

{00360690.1 }

**I.     THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441**

On or about March 19, 2018, plaintiff Charles A. Gulden ("Plaintiff") filed a Complaint in the Justice Court of Yuma County ("Justice Court"), entitled *Charles A. Gulden v. Cardinal Financial Company, LP*, Case No. J1401CV201800658.  In the Complaint, Plaintiff alleges, among other things, that Defendant called his residential telephone using an automatic telephone dialing system.  Complaint ¶ 3.  Based on these allegations, Plaintiff asserts five causes of action against Defendant for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.  All filings in the Justice Court file are attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

Because this action arises under federal law (the TCPA), which can be ascertained from the face of Plaintiff's Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.  Plaintiff does not assert any state law claims against Defendant. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

**II.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

On March 23, 2018, Defendant received the Complaint by mail.  This Notice of Removal is timely in that it was filed within 30 days from the time Defendant had notice that the action was removable, and less than a year after the commencement of the action. *See* 28 U.S.C. § 1446(b).

The Justice Court of Yuma County is located within the United States District Court for the District of Arizona.  *See* 28 U.S.C. § 82.  Thus, venue is proper in this Court

because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the Justice Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

No previous application has been made for the relief requested herein.

WHEREFORE, Defendant respectfully removes this action from the Justice Court of Yuma County to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED this 19th day of April, 2018.

**COPPERSMITH BROCKELMAN PLC**

By  */s/ Marvin C. Ruth*
　　 Marvin C. Ruth
*Attorneys for Defendant Cardinal Financial Company, LP*

{00360690.1 }

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I further certify that on April 19, 2018 a copy of the attached document was mailed to Plaintiff as follows:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367

*/s/ Verna Colwell*

{00360690.1}

- 4 -