Marvin C. Ruth (#024220)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue
Suite 1900
Phoenix, Arizona 85004
Telephone:  (602) 224-0999
Facsimile:  (602) 224-6020
mruth@cblawyers.com

*Attorneys for Defendant*
*Cardinal Financial Company, LP*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>                    Plaintiff,<br><br>v.<br><br>Cardinal Financial Company, LP,<br><br>                    Defendant. | Case No. CV-18-01214-PHX-DLR<br><br>**NOTICE OF SETTLEMENT** |

Undersigned counsel for Defendant Cardinal Financial Company, LP. hereby notifies the Court that the parties have reached an agreement in principle to resolve this dispute.  They are documenting their agreement and plan to submit a final stipulation for dismissal within 60 days.

DATED this 11th day of May, 2018.

**COPPERSMITH BROCKELMAN PLC**

By  */s/ Marvin C. Ruth*
    Marvin C. Ruth
    *Attorneys for Defendant Cardinal Financial Company, LP*

{00364562.1 }

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I further certify that on May 11, 2018 a copy of the attached document was mailed to Plaintiff as follows:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367

*/s/ Verna Colwell*

{00364562.1}

- 2 -