Marvin C. Ruth (024220)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5462
Facsimile: (602) 224-6020
mruth@cblawyers.com

*Attorneys for Cardinal Financial Company, LP*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CARDINAL FINANCIAL COMPANY LP,<br><br>　　　　Defendant. | Case No. CV-18-01214-PHX-DLR<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

It is hereby stipulated and agreed by and between the parties to the above entitled action, that said action be dismissed with prejudice, both sides to bear their own costs and attorneys' fees, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED this 23rd day of May, 2018.

By _____
Charles A. Gulden
*Plaintiff In Pro Per*

*[Additional Signatures On Following Page]*

{00302210.1}

- 1 -

1  DATED this 24th day of May, 2018.

2                                              COPPERSMITH BROCKELMAN PLC

3                                              By /s/ Marvin C. Ruth
4                                              Marvin C. Ruth
                                               *Attorneys for Defendant Cardinal Financial*
5                                              *Company, LP*

{00302210.1}

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24th, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Verna Colwell*

{00302210.1}