# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A Gulden, | No. CV-18-01214-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Cardinal Financial Company LP, | |
| Defendant. | |

The Court has reviewed the parties' Joint Stipulation to Dismiss with Prejudice. (Doc. 14.) For good cause shown,

**IT IS ORDERED** that the parties' Joint Stipulation to Dismiss with Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** dismissing this action, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

Dated this 1st day of June, 2018.

Douglas L. Rayes
United States District Judge